IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFTON O. SOLOMON                                                                                   PLAINTIFF

v.                         Civil No. 4:10-cv-04151

CORPORAL LAFAYETTE,
Miller County Correctional Facility;
SHERIFF RON STOVALL; and
CAPTAIN HARTLINE                                                                                  DEFENDANTS

## ORDER

For the reasons stated in a memorandum opinion entered this same day, Defendants' motion for judgment on the pleadings (ECF No. 23) is **GRANTED** in part and **DENIED** in part. Specifically, all claims against Sheriff Stovall and Captain Hartline and all official capacity claims are dismissed. Defendant Layfayette's motion for Judgment is **DENIED**.

**IT IS SO ORDERED** this 14th day of September 2011.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE